# United States Court of Appeals
## For the First Circuit

No. 14-1965

JASON WORCESTER,

Plaintiff, Appellee,

v.

SPRINGFIELD TERMINAL RAILWAY COMPANY,

Defendant, Appellant.

**JUDGMENT**

Entered: June 29, 2016

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
George Royle V
Marc T. Wietzke
Glen L. Porter
Ryan P. Dumais