# United States Court of Appeals
## For the First Circuit

No. 14-1965

JASON WORCESTER

Plaintiff - Appellee

v.

SPRINGFIELD TERMINAL RAILWAY COMPANY

Defendant - Appellant

PAN AM RAILWAYS, INC.; KENNETH H. PELLETIER

Defendants

**MANDATE**

Entered: July 21, 2016

In accordance with the judgment of June 29, 2016, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Ryan P. Dumais
Glen L. Porter
George Royle V
Marc T. Wietzke